# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MANK,<br><br>　　　　　　　　　　　　PLAINTIFF(S),<br>　　v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social,<br><br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br>ED CV18-00227-RSWL (JDE)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:**<br>☑ **FULL FILING FEE**<br>☐ **INITIAL PARTIAL FILING FEE** |

　　On　January 31, 2018　, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☑ full filing fee ☐ initial partial filing fee, in the amount of $　400.00　 within thirty (30) days to the Clerk of Court.

　　The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee.

　　Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☑ full filing fee or ☐ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

March 8, 2018　　　　　　　　　　　　　　　　　　JOHN D. EARLY　/s/ John D. Early
Date　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge