JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MANK, <br><br> PLAINTIFF(S), <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> ED CV18-00227-RSWL-JDE <br><br> **JUDGMENT** <br> **(Failure to Pay Full Filing Fee)** |

On _February 5, 2018_, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☑ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated _March 8, 2018_, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

4/5/2018
Date

s/RONALD S.W. LEW
United States District Judge

Presented by:

John D. Early
United States Magistrate Judge